# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Christine M. Andrews<br>*Plaintiff(s)*<br><br>v.<br><br>Affordable Loan Services<br>*Defendant(s)* | Case Number: 15-cv-75-JPG/PMF |

## DEFAULT ENTRY BY CLERK

Entry of default pursuant to Federal Rule of Civil Procedure 55(a) has been requested by Plaintiff(s). Because it appears from the court's record that a party has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, default is entered against the following defendant(s): Affordable Loan Services d/b/a Churchill Financial Management Corporation.

Dated: September 29, 2015

JUSTINE FLANAGAN, Acting Clerk of Court

By: *s/Jessica L. Robertson*
Deputy Clerk