# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE M. ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-00075-JPG-PMF |
| ) | |
| AFFORDABLE LOAN SERVICES, ) | |
| d/b/a Churchill Financial Management ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's motion for default judgment as to Defendant Affordable Loan Services (Doc. 17). Plaintiff requests default judgment against defendant Affordable Loan Services and for the following reasons, this motion will be **DENIED**.

The Clerk of the Court entered a default order against Defendant Affordable Loan Services on September 29, 2015, for failure to plead or otherwise defend in this case. Local Rule 55.1(a) states that the serving party shall give notice of the entry of the default to the defaulting party by regular mail sent to the last known address of the defaulted party and shall certify to the Court that notice has been sent.

Plaintiff has not certified to the Court that notice of the entry of the default was sent to Defendant Affordable Loan Services. As such, Plaintiff's motion for default judgment (Doc. 17) is **DENIED** without prejudice for failure to comply with Local Rule 55.1.

**IT IS SO ORDERED.**

DATED: 1/13/2016          *s/J. Phil Gilbert*
                                         **J. PHIL GILBERT
                                         DISTRICT JUDGE**