# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE M. ANDREWS

Plaintiff,

v.

AFFORDABLE LOAN SERVICES D/B/A
CHURCHILL FINANCIAL
MANAGEMENT CORPORATION.

Defendant.

CASE NUMBER: 3:15-cv-00075-JPG-PMF

Honorable Judge J. Phillip Gilbert

## STATUS REPORT

NOW COMES the Plaintiff, CHRISTINE ANDREWS ("Plaintiff"), by the undersigned attorneys, and pursuant to the Court's Order of September 14, 2016, hereby states as follows:

1. On or about March 19, 2015 Plaintiff filed an Amended Complaint.

2. This Complaint was served upon Defendant on or about August 21, 2015.

3. On September 29, 2015 the Circuit Clerk entered an Entry of Default.

4. On November 13, 2015 Plaintiff filed a Motion for Default Judgment without prior service of the Clerk's Entry of Default.

5. On January 13, 2016 the Court entered a Memorandum and Opinion that Plaintiff's Motion was denied without prejudice for failure to comply with Local Rule 55.1.

6. On or about January 19, 2015 Plaintiff filed a Notice of Entry of Default Judgment and Certificate of Service by Mail.

7. On or about September 14, 2016 the Court entered an order requiring Plaintiff to submit a Status Report.

8.  Counsel for Plaintiff has reviewed the January 19, 2016 Notice of Entry of Default

    Judgment and has found additional addresses for Defendant to mail this Notice.

9.  On October 10, 2016 Plaintiff mailed an additional Notice of Entry of Default to

    Defendant at several different addresses.

10. Plaintiff's counsel will calendar this matter for 30 days and then refile the Motion for

    Default Judgment to allow Defendant an opportunity to respond.


Dated: October 10, 2016                         Respectfully Submitted,

                                                /s/ James J. Haller
                                                James J. Haller -.6226796
                                                William A. Mueller - #06187732
                                                Attorneys for Plaintiff
                                                5312 West Main Street
                                                Belleville, Illinois 62226
                                                (618) 236-7000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2016 I caused copies of Plaintiff's **Status Report** to be served by regular mail by depositing copies of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

Affordable Loan Services d/b/a Churchill Financial Management Corp.
2200A Douglas Blvd., Suite 110
Roseville, CA 95661

Affordable Loan Services d/b/a Churchill Financial Management Corp.
2200 Douglas Blvd., Suite A110
Roseville, CA 95661

Affordable Loan Services d/b/a Churchill Financial Management Corp.
P.O. Box 690
Talmage, CA  95481

Affordable Loan Services d/b/a Churchill Financial Management Corp.
621 Medicine Way, Suite 5
Ukiah, CA  95482

<u>/s/ James J. Haller</u>
James J. Haller  #6226796
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188